AUSA Marshall

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
December 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: SL
DEPUTY

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | |
| | § | Case Number: **1:24-mj-860-DH** |
| **Oscar Evelio Parada-Padilla** | § | |
| | § | |
| | § | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **December 3, 2024**, in the county of **Williamson,** in the Western District of Texas, the defendant, **Oscar Evelio Parada-Padilla** violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **December 3, 2024**, the defendant, an alien, was found in the Williamson County jail, Austin, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **July 1, 2024**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**December 4, 2024** at Austin, Texas
Date — City and State

Dustin M. Howell
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer